## 36687. NESMITH v. NESMITH.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED SEPTEMBER 19, 1980 — DECIDED OCTOBER 29, 1980.

*Hughes & Ledford, Robert E. Hughes,* for appellant.
*Twitty & Twitty, Jack G. Slover, Jr.,* for appellee.